IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PAULO DUT ARUAI** | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| **JEFFREY MALLOZZI, ANN CORNELL,** | : |
| **STEVEN J. O'NIELL, ERIK CROCKER and** | : |
| **ROBERT FALIN** | : NO. 14-2320 |

## ORDER

**AND NOW**, this 21st day of July, 2014, upon consideration of Motion of Defendants Eric Crocker and Robert Falin to Dismiss Plaintiff's Complaint (Document No. 6), Motion to Dismiss Plaintiff's Complaint Filed on Behalf of the Honorable Steven T. O'Neill (Document No. 8), Motion of Defendants Eric Crocker and Robert Falin to Dismiss Plaintiff's Amended Complaint (Document No. 10), Motion to Quash Service of Summons and to Dismiss of Defendants Ann Cornell and *The Reporter* (Document No. 11), and the plaintiff's submissions, it is **ORDERED** that the motions are **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The complaint is **DISMISSED** as to defendants Cornell, Crocker, Falin, O'Neill and *The Reporter*.

2. Plaintiff is granted leave to file an amended complaint no later than August 13, 2014.

           /s/ Timothy J. Savage
        TIMOTHY J. SAVAGE,  J.